UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL ORTEGA SANCHEZ,<br><br>            Petitioner,<br><br>     v.<br><br>MATTHEW CATE, SECRETARY, C.D.C.,<br><br>            Respondent. | CASE NO. CV 08-7212-CJC (PJW)<br><br>ORDER ACCEPTING FINAL REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Final Report and Recommendation of United States Magistrate Judge and has considered *de novo* the portions of the Report as to which objections have been filed. The Court accepts the Magistrate Judge's Final Report and adopts it as its own findings and conclusions.

DATED: <u>September 28, 2009</u>.

*[signature]*

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\Order accep r&r re CV08-7212-CJC(PJW) 092809.wpd