JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GABRIEL ORTEGA SANCHEZ, | ) | CASE NO. CV 08-7212-CJC (PJW) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| MATTHEW CATE, SECRETARY, C.D.C., | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:   September 28, 2009.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\Judgment re CV08-7212-CJC(PJW) 092809.wpd